## (December 5, 1969)

■ In the Matter of CHARLES BATES, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.— Appeal dismissed, without costs. No appeal lies from the denial of an ex parte application for an order to show cause. (CPLR 5701, subd. [a], par. 2; *Matter of Pennenga [People]*, 1 A D 2d 919, cert. den. 351 U. S. 941.) — Herlihy, P. J., Reynolds, Greenblott, Cooke and Sweeney, JJ., concur.